REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| GEORGE AKANNO | | | 096225 | XXX-XX-XXXX | US-S PA-S | US-2/0 | PA-0/0 | 01020926 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| MWI | | 1 | DCFN | 96200 | 08/15/17 | 04/15/18 | 04/28/18 | 05/03/18 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hourly Pay | 10.7500 | 77.35 | 831.51 | 6,908.62 |
| Sick | - | - | - | 172.00 |
| Holiday | - | - | - | 258.00 |
| Personal Day | - | - | - | 86.00 |
| Total | | | 831.51 | 7,424.62 |

| Paid Time Off | Eligible Amt |
|---|---|
| Charity Hours | 4.00 |
| Personal Plan | 8.00 |
| Sick Plan | 17.30 |
| Vacation | 40.00 |

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.07 | 335.47 |
| Social Security (FICA) | 51.56 | 460.33 |
| Federal Medicare | 12.06 | 107.66 |
| Pennsylvania Income Tax | 25.53 | 227.93 |
| New Jersey Family Leave Ins E | 0.75 | 6.68 |
| New Jersey Health Subsidy EE | . | . |
| New Jersey Disability EE | 1.58 | 14.11 |
| New Jersey Unemployment EE | 3.18 | 28.40 |
| New Jersey Supp Workforce EE | 0.15 | 1.30 |
| New Jersey Workforce Dev EE | 0.21 | 1.86 |
| Total | 132.09 | 1,183.74 |

Destination Maternity Corporation
232 STRAWBRIDGE DRIVE
Moorestown, NJ  08057
(856) 291-9700

| Net Pay | 699.42 |
|---|---|

| W2 Gross | 831.51 | 7,424.62 |
|---|---|---|

Cut Here and present voucher with photo I.D. at store when you purchase merchandise
**Destination Maternity Corporation Employee Discount Voucher**
Valid up to 14 days from issue date for current Destination Maternity Employees
GEORGE AKANNO
Address: 1011 Guenther Avenue Yeadon PA 19050

Issue date : 05/03/2018
Employee ID # 096225
Hire Date : 08/15/2017

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| GEORGE AKANNO | | | 096225 | XXX-XX-XXXX | US-S PA-S | US-2/0 PA-0/0 | | 01037487 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| MWI | | 1 | DCFN | 96200 | 08/15/17 | 04/14/19 | 04/27/19 | 05/02/19 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date | Paid Time Off | Eligible Amt |
|---|---|---|---|---|---|---|
| Regular Hourly Pay | 10.8800 | 61.75 | 671.84 | 6,305.83 | Charity Hours | 4.00 |
| Overtime - 1.5 x rate | - | - | - | 3.75 | Personal Plan | 0.00 |
| Vacation | 10.8800 | 8.00 | 87.04 | 87.04 | Sick Plan | 40.00 |
| Sick | - | - | - | 337.28 | Vacation | 72.00 |
| Holiday | 10.8800 | 8.00 | 87.04 | 349.15 | | |
| Personal Day | - | - | - | 174.08 | | |
| Total | | | 845.92 | 7,256.14 | | |

Destination Maternity Corporation
232 STRAWBRIDGE DRIVE
Moorestown, NJ   08057
(856) 291-9700

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.74 | 303.37 |
| Social Security (FICA) | 52.45 | 449.88 |
| Federal Medicare | 12.26 | 105.21 |
| Pennsylvania Income Tax | 25.97 | 222.77 |
| New Jersey Family Leave Ins E | 0.67 | 5.80 |
| New Jersey Health Subsidy EE | - | - |
| New Jersey Disability EE | 1.44 | 12.34 |
| New Jersey Unemployment EE | 3.24 | 27.75 |
| New Jersey Supp Workforce EE | 0.15 | 1.27 |
| New Jersey Workforce Dev EE | 0.21 | 1.81 |
| Total | 134.13 | 1,130.20 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 236.65 | 2,129.85 |
| Total | 236.65 | 2,129.85 |

| Net Pay | 475.14 | |

| W2 Gross | 845.92 | 7,256.14 |

Cut Here and present voucher with photo I.D. at store when you purchase merchandise
**Destination Maternity Corporation Employee Discount Voucher**
Valid up to 14 days from issue date for current Destination Maternity Employees
GEORGE AKANNO
Address: 1011 Guenther Avenue Yeadon PA 19050

Issue date : 05/02/2019
Employee ID # 096225
Hire Date : 08/15/2017

© 2006 ADP LLC   All Rights Reserved

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|
| GEORGE AKANNO | | 096225 | XXX-XX-XXXX | US-S PA-S | US-2/0 | PA-0/0 | 01038061 |
| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| MWI | 1 | DCFN | 96200 | 08/15/17 | 04/28/19 | 05/11/19 | 05/16/19 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hourly Pay | 11.0900 | 68.00 | 754.12 | 7,059.95 |
| Overtime - 1.5 x rate | | | | 3.75 |
| Vacation | | | | 87.04 |
| Sick | 11.0900 | 8.00 | 88.72 | 426.00 |
| Holiday | | | | 348.16 |
| Personal Day | | | | 174.08 |
| Total | | | 842.84 | 8,098.98 |

| Paid Time Off | Eligible Amt |
|---|---|
| Charity Hours | 8.00 |
| Personal Plan | 0.00 |
| Sick Plan | 32.00 |
| Vacation | 72.00 |

Destination Maternity Corporation
232 STRAWBRIDGE DRIVE
Moorestown, NJ  08057
(856) 291-9700

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 340.74 |
| Social Security (FICA) | 52.26 | 502.14 |
| Federal Medicare | 12.23 | 117.44 |
| Pennsylvania Income Tax | 25.88 | 248.65 |
| New Jersey Family Leave Ins E | 0.68 | 6.48 |
| New Jersey Health Subsidy EE | - | - |
| New Jersey Disability EE | 1.43 | 13.77 |
| New Jersey Unemployment EE | 3.22 | 30.97 |
| New Jersey Supp Workforce EE | 0.15 | 1.42 |
| New Jersey Workforce Dev EE | 0.21 | 2.02 |
| Total | 133.43 | 1,263.63 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 236.65 | 2,366.50 |
| Total | 236.65 | 2,366.50 |

| Net Pay | 472.76 | |
|---|---|---|

| W2 Gross | 842.84 | 8,098.98 |
|---|---|---|

Cut Here and present voucher with photo I.D. at store when you purchase merchandise
**Destination Maternity Corporation Employee Discount Voucher**
Valid up to 14 days from issue date for current Destination Maternity Employees
GEORGE AKANNO
Address: 1011 Guenther Avenue Yeadon PA 19050

Issue date : 05/16/2019
Employee ID # 096225
Hire Date : 08/15/2017

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | Number |
|---|---|---|---|---|---|---|---|
| GEORGE AKANNO | | | 096225 | XXX-XX-XXXX US-S PA-S | | US-2/0 PA-0/0 | 01038624 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| MWI | | 1 | DCFN | 96200 | 08/15/17 | 05/12/19 | 05/25/19 | 05/30/19 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hourly Pay | 11.0900 | 68.00 | 754.12 | 7,814.07 |
| Overtime - 1.5 x rate | - | - | - | 3.75 |
| Vacation | | | | 87.04 |
| Sick | 11.0900 | 8.00 | 88.72 | 514.72 |
| Holiday | | | | 348.16 |
| Personal Day | - | - | - | 174.08 |
| Total | | | 842.84 | 8,941.82 |

| Paid Time Off | Eligible Amt |
|---|---|
| Charity Hours | 8.00 |
| Personal Plan | 0.00 |
| Sick Plan | 24.00 |
| Vacation | 72.00 |

Destination Maternity Corporation
232 STRAWBRIDGE DRIVE
Moorestown, NJ  08057
(856) 291-9700

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 37.37 | 378.11 |
| Social Security (FICA) | 52.25 | 554.39 |
| Federal Medicare | 12.22 | 129.66 |
| Pennsylvania Income Tax | 25.88 | 274.53 |
| New Jersey Family Leave Ins E | 0.67 | 7.15 |
| New Jersey Health Subsidy EE | - | - |
| New Jersey Disability EE | 1.43 | 15.20 |
| New Jersey Unemployment EE | 3.22 | 34.19 |
| New Jersey Supp Workforce EE | 0.14 | 1.56 |
| New Jersey Workforce Dev EE | 0.22 | 2.24 |
| Total | 133.40 | 1,397.03 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 236.65 | 2,603.15 |
| Total | 236.65 | 2,603.15 |

| Net Pay | 472.79 | |
|---|---|---|

| W2 Gross | 842.84 | 8,941.82 |
|---|---|---|

Cut Here and present voucher with photo I.D. at store when you purchase merchandise
**Destination Maternity Corporation Employee Discount Voucher**
Valid up to 14 days from issue date for current Destination Maternity Employees
GEORGE AKANNO
Address: 1011 Guenther Avenue Yeadon PA 19050

Issue date : 05/30/2019
Employee ID # 096225
Hire Date : 08/15/2017

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | | Emp ID | Social Security | Status | Fed-Res Exempt/Allow | | Number |
|---|---|---|---|---|---|---|---|---|
| GEORGE AKANNO | | | 096225 | XXX-XX-XXXX | US-S PA-S | US-2/0 PA-0/0 | | 01039240 |
| Code | | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
| MWI | | 1 | DCFN | 96200 | 08/15/17 | 05/26/19 | 06/08/19 | 06/13/19 |

| Taxable Earnings | Rate | Hrs/Units | Current | Year To Date |
|---|---|---|---|---|
| Regular Hourly Pay | 11.0900 | 60.50 | 670.95 | 8,485.02 |
| Overtime - 1.5 x rate | | | | 3.75 |
| Vacation | | | | 87.04 |
| Sick | 11.0900 | 8.00 | 88.72 | 603.44 |
| Holiday | 11.0900 | 8.00 | 88.72 | 436.68 |
| Personal Day | | | | 174.08 |
| Total | | | 848.39 | 9,790.21 |

| Paid Time Off | Eligible Amt |
|---|---|
| Charity Hours | 8.00 |
| Personal Plan | 0.00 |
| Sick Plan | 16.00 |
| Vacation | 72.00 |

Destination Maternity Corporation
232 STRAWBRIDGE DRIVE
Moorestown, NJ    08057
(856) 291-9700

| Taxes | Current | Year To Date |
|---|---|---|
| Federal Income Tax | 38.04 | 416.15 |
| Social Security (FICA) | 52.60 | 606.99 |
| Federal Medicare | 12.30 | 141.96 |
| Pennsylvania Income Tax | 26.05 | 300.58 |
| New Jersey Family Leave Ins E | 0.68 | 7.83 |
| New Jersey Health Subsidy EE | | |
| New Jersey Disability EE | 1.44 | 16.64 |
| New Jersey Unemployment EE | 3.25 | 37.44 |
| New Jersey Supp Workforce EE | 0.15 | 1.71 |
| New Jersey Workforce Dev EE | 0.21 | 2.45 |
| Total | 134.72 | 1,531.75 |

| After Tax Deductions | Current | Year To Date |
|---|---|---|
| Child Support | 236.65 | 2,839.80 |
| Total | 236.65 | 2,839.80 |

| Net Pay | 477.02 | |
|---|---|---|

| W2 Gross | 848.39 | 9,790.21 |
|---|---|---|

Cut Here and present voucher with photo I.D. at store when you purchase merchandise
**Destination Maternity Corporation Employee Discount Voucher**
Valid up to 14 days from issue date for current Destination Maternity Employees
GEORGE AKANNO
Address: 1011 Guenther Avenue Yeadon PA 19050

Issue date : 06/13/2019
Employee ID # 096225
Hire Date : 08/15/2017