# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-13594-ELF

GEORGE AKANNO

1011 GUENTHER AVENUE

LANSDOWNE, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGE AKANNO

1011 GUENTHER AVENUE

LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

        /S/ William C. Miller

Date: 8/9/2019         _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee