UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 8/26/19

To:  ROBERT J. DAVIDOW
Phelan, Hallinan, Diamond & Jones, PC
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103

                                          In re:  George Akanno
                                          Bankruptcy No. 19-13594-elf
                                          Adversary No.
                                          Chapter  13

Re:  Motion for Relief from Stay

The above document(s) were filed in this office on 8/23/19. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|     |     |
| --- | --- |
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (xx) | Motion Filing Fee Amount- $181.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                             Timothy B. McGrath
                                             Clerk

                                             By: **C. Wagner**
                                             Deputy Clerk

*Fee Notice*
*(11/26/18)*