UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE:9/13/19

To:   THOMAS YOUNG.HAE SONG
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Blvd.
Suite 1400
Philadelphia, PA 19103

      In re:  George Akanno
      Bankruptcy No.  19-13594-elf
      Adversary No.
      Chapter  13

Re:  Motion for Relief from Stay RE: 7041 Buist Avenue, Philadelphia, PA 19142-1720. Filed by Lsf10 Master Participation Trust

The above document(s) were filed in this office on 9/12/19 . Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

| | |
|---|---|
| ( ) | Voluntary Petition Amount |
| ( ) | Adversary Proceeding Amount |
| ( ) | $31.00 Filing Fee for Amendments |
| ( ) | $25.00 Claims Transfer Fee |
| (xx) | Motion Filing Fee Amount-$181.00 |

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

      Timothy B. McGrath
      Clerk


      By: **C. Wagner**
      Deputy Clerk

*Fee Notice*
*(11/26/18)*

Case 19-13594-elf    Doc 31    Filed 09/13/19    Entered 09/13/19 10:23:01    Desc Main
Document      Page 2 of 2