# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**GEORGE AKANNO**                                                    BK. No. 19-13594 ELF
        Debtor

                                  Chapter No. 13

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**
        Movant
        v.
**GEORGE AKANNO**                                                    11 U.S.C. §362
        and
**WILLIAM C. MILLER, Esq., ESQUIRE (TRUSTEE)**
        Respondents
        Respondent

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 17th day of September, 2019, at **PHILADELPHIA**, upon Motion of **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** (Movant), it is:

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2237 HOBSON STREET, PHILADELPHIA, PA 19142 AKA 2237 S HOBSON ST PHILADELPHIA PA 19142 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to evict Debtor and any occupants and allow Movant to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that any future filings or refilings, singularly or jointly by the Debtor or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **2237 HOBSON STREET, PHILADELPHIA, PA 19142 AKA 2237 S HOBSON ST PHILADELPHIA PA 19142**; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

    **Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**