United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Akanno  
    Debtor

Case No. 19-13594-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 17, 2019  
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.  
db           +George Akanno,    1011 Guenther Avenue,    Lansdowne, PA 19050-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:

          JEROME B. BLANK    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")  
            paeb@fedphe.com  
          MARIO J. HANYON    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")  
            paeb@fedphe.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION  
            bkgroup@kmllawgroup.com  
          ROBERT J. DAVIDOW    on behalf of Creditor    Lsf10 Master Participation Trust  
            robert.davidow@phelanhallinan.com  
          ROBERT J. DAVIDOW    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER  
            robert.davidow@phelanhallinan.com  
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
          ZACHARY PERLICK    on behalf of Debtor George Akanno Perlick@verizon.net, pireland1@verizon.net  
                                                                                        TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>**GEORGE AKANNO**<br>　　Debtor<br><br>**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**<br>　　Movant<br>　v.<br>**GEORGE AKANNO**<br>　and<br>**WILLIAM C. MILLER, Esq., ESQUIRE (TRUSTEE)**<br>　　Respondents<br>　　Respondent | BK. No. 19-13594 ELF<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING §362 AUTOMATIC STAY**

　　**AND NOW**, this 17th day of September, 2019, at **PHILADELPHIA**, upon Motion of **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** (Movant), it is:

　　**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further;

　　**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 2237 HOBSON STREET, PHILADELPHIA, PA 19142 AKA 2237 S HOBSON ST PHILADELPHIA PA 19142 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to evict Debtor and any occupants and allow Movant to proceed with its rights under the terms of said Mortgage; and it is further;

　　**ORDERED** that any future filings or refilings, singularly or jointly by the Debtor or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **2237 HOBSON STREET, PHILADELPHIA, PA 19142 AKA 2237 S HOBSON ST PHILADELPHIA PA 19142**; and it is further;

　　**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

　　**Order entered by default.**

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**