IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
GEORGE AKANNO :
           Debtor : BK. No. 19-13594 ELF

## ORDER

(Doc. # 42)

AND NOW, this 11th day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE