United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George Akanno  
    Debtor

Case No. 19-13594-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 15, 2019  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
db          +George Akanno,    1011 Guenther Avenue,    Lansdowne, PA 19050-3520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:  
     JEROME B. BLANK    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association") paeb@fedphe.com  
     MARIO J. HANYON    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association") paeb@fedphe.com  
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
     ROBERT J. DAVIDOW    on behalf of Creditor    Lsf10 Master Participation Trust robert.davidow@phelanhallinan.com  
     THOMAS YOUNG.HAE SONG    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
     ZACHARY PERLICK    on behalf of Debtor George Akanno Perlick@verizon.net,    pireland1@verizon.net  
                                                                                  TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| GEORGE AKANNO | : | |
| Debtor | : | BK. No. 19-13594 ELF |

### ORDER (Doc. # 42)

AND NOW, this 11th day of October, 2019, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE