# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**GEORGE AKANNO**                                                                                 BK. No. 19-13594 ELF
               Debtor
                         :      Chapter No. 13
**LSF10 MASTER PARTICIPATION TRUST**     :
             Movant                                          :
     v.
**GEORGE AKANNO**
             Respondent                                  11 U.S.C. §362

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 30th day of January, 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

**ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7041 BUIST AVENUE, PHILADELPHIA, PA 19142-1720(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**