United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13594-elf
George Akanno                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Jan 30, 2020
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db            +George Akanno,   1011 Guenther Avenue,   Lansdowne, PA 19050-3520


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
        JEROME B. BLANK    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")
         paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")
         paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
         bkgroup@kmllawgroup.com
        ROBERT J. DAVIDOW    on behalf of Creditor    Lsf10 Master Participation Trust
         robert.davidow@phelanhallinan.com
        ROBERT J. DAVIDOW    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
         robert.davidow@phelanhallinan.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        ZACHARY  PERLICK    on behalf of Debtor George  Akanno Perlick@verizon.net,  pireland1@verizon.net
                                                                          TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**GEORGE AKANNO**                                             **BK. No. 19-13594 ELF**
                              **Debtor**
                                                    :        **Chapter No. 13**
**LSF10 MASTER PARTICIPATION TRUST**        :
                              **Movant**            :
                              v.
**GEORGE AKANNO**

                              **Respondent**                 **11 U.S.C. §362**


**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

     **AND NOW**, this 30th day of   January   , 2020, after Notice of Default and the filing of a Certification of Default under the parties' prior Stipulation, it is

     **ORDERED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

     **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7041 BUIST AVENUE, PHILADELPHIA, PA 19142-1720(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

     **ORDERED** that Rule 4001(a)(3) is not applicable and **LSF10 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

     **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.


                 _____
                 **ERIC L. FRANK**
                 **U.S. BANKRUPTCY JUDGE**