United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13594-elf
George Akanno                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 2              Date Rcvd: May 06, 2020
                               Form ID: pdf900             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
```
db            +George Akanno,   1011 Guenther Avenue,   Lansdowne, PA 19050-3520
14345545       Caliber Home Loans,   POB 24610,   Oklahoma City, OK 73124-0610
14336279       Delco Domestic Relations,   PO Box 543,   2nd & Orange St.,   Media, PA 19063-0543
14336280       Ditech Financial, LLC,   PO Box 6172,   Bovey, MN 55709
14381530       Fannie Mae (Federal National Mortgage Association,   C/o Mario J. Hanyon, Esq.,
                1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14381904       Fannie Mae (Federal National Mortgage Association,   c/o Mario J. Hanyon, Esq.,
                Phelan Hallinan Diamond & Jones, LLP,   1617 JFK Boulevard, Suite 1400,
                One Penn Center Plaza,   Philadelphia, PA 19103
14368697      +LSF10 Master Participation Trust,   c/o ROBERT J. DAVIDOW,
                Phelan, Hallinan, Diamond & Jones, PC,   1617 JFK Boulevard,  Suite 1400,
                Philadelphia, PA 19103-1814
14368279       Lsf10 Master Participation Trust,   C/o Robert J. Davidow, Esq.,
                1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103
14336855      +Orion,   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14336285      +PHH Mortgage,   2001 Bishops Gate Blvd.,   Mount Laurel, NJ 08054-4604
14339795      +PNC BANK NATIONAL ASSOCIATION,   c/o REBECCA ANN SOLARZ,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
14336286      +PNC Bank, NA,   2730 Liberty Ave.,   Pittsburgh, PA 15222-4747
14369498      +PNC Bank, National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14336287      +Tracy Hardy,   4805 Walnut Street,   Philadelphia, PA 19139-4328
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:24     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 04:22:05
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 07 2020 04:22:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 07 2020 04:28:42     Orion (Verizon),
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14336275      +E-mail/Text: bsimmons@amsher.com May 07 2020 04:22:32     Amsher Collection Services,
                600 Beacon Parkway W,   Suite 300,   Birmingham, AL 35209-3114
14360942       E-mail/PDF: resurgentbknotifications@resurgent.com May 07 2020 04:27:15
                Ashley Funding Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
14430921      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:24
                CITY OF PHILADELPHIA LAW DEPARTMENT,   TAX & REVENUE UNIT,   BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1613
14336276      +E-mail/Text: bankruptcy@cavps.com May 07 2020 04:22:18     Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2322
14337535      +E-mail/Text: bankruptcy@cavps.com May 07 2020 04:22:18     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14336278      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:24     City of Philadelphia,
                Law Department, Enforecment Div.,   1515 Arch Street, 5th Fl.,   Philadelphia, PA 19102-1511
14336282      +E-mail/PDF: gecsedi@recoverycorp.com May 07 2020 04:27:06     Green Tree Mortgage,
                7360 S. Kyrene St.,   Tempe, AZ 85283-8459
14336277       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 07 2020 04:28:36     Chase Home Finance,
                3415 Vision Drive,   Columbus, OH 43219
14371508      +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 07 2020 04:22:38
                LSF10 Master Participation Trust,   C/O Caliber Home Loans, Inc,   13801 Wireless Way,
                Oklahoma City, OK 73134-2500
14336283      +E-mail/Text: bankruptcydpt@mcmcg.com May 07 2020 04:22:11     Midland Funding, LLC,
                8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14336284       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 07 2020 04:22:05     PA Department of Revenue,
                Bureau of Compliance,   Dept. 280946,   Harrisburg, PA 17128-0946
14449403      +E-mail/Text: megan.harper@phila.gov May 07 2020 04:22:24     Water Revenue Bureau,
                Pamela Elchert Thurmond,   Tax & Revenue Unit,   1401 John F. Kennedy Blvd., 5th Floor,
                Philadelphia, PA 19102-1613
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14336281      Felicitas Akanno
14345549      Felicitas Akanno
14336289      various tenant leases
14345554      various tenant leases
```

```
District/off: 0313-2          User: ChrissyW            Page 2 of 2              Date Rcvd: May 06, 2020
                              Form ID: pdf900           Total Noticed: 30

14345544*        +Amsher Collection Services,    600 Beacon Parkway W,    Suite 300,    Birmingham, AL 35209-3114
14345546*        +Cavalry Portfolio Services, LLC,    500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2322
14345548*         Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
14345547*       ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Home Finance,     3415 Vision Drive,    Columbus, OH 43219)
14345550*        +Midland Funding, LLC,    8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
14345551*        +PNC Bank, NA,    2730 Liberty Ave.,    Pittsburgh, PA 15222-4747
14345552*        +Tracy Hardy,    4805 Walnut Street,    Philadelphia, PA 19139-4328
14345553*        +Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
14450244*        +Water Revenue Bureau,    Pamela Elchert Thurmond,    Tax & Revenue Unit,
                   1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14336288       ##+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
                                                                                      TOTALS: 4, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Fannie Mae ("Federal National Mortgage Association")
               paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
              REBECCA ANN SOLARZ   on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW   on behalf of Creditor    Lsf10 Master Participation Trust
               robert.davidow@phelanhallinan.com
              ROBERT J. DAVIDOW   on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Lsf10 Master Participation Trust paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor George  Akanno Perlick@verizon.net,    pireland1@verizon.net
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| GEORGE AKANNO, | : | |
| Debtor | : | Bky. No. 19-13594 ELF |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **May 6, 2020**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE